STATE OF CONNECTICUT *v.* DARRON L. GASKIN

The defendant's petition for certification for appeal from the Appellate Court, 116 Conn. App. 739 (AC 29422), is denied.

*James B. Streeto*, assistant public defender, in support of the petition.

*Robert J. Scheinblum*, senior assistant state's attorney, in opposition.

Decided December 1, 2009

MARY E. SULLIVAN *v.* RANDY BROWN ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 116 Conn. App. 660 (AC 29822), is denied.

*Eric W. Callahan*, in support of the petition.

*Lorna J. Dicker*, in opposition.

Decided December 1, 2009

CHRISTINE CIMINO *v.* ZONING BOARD OF APPEALS OF THE TOWN OF WOODBRIDGE

The plaintiff's petition for certification for appeal from the Appellate Court, 117 Conn. App. 569 (AC 29251), is denied.

*Timothy J. Lee*, in support of the petition.

*Jennifer N. Coppola*, in opposition.

Decided December 1, 2009